# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| NANCY KOTARSKI, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL NO. 2:14-cv-00349 |
| ) | |
| FRANCISCAN ALLIANCE, INC. ) | |
| a/k/a FRANCISCAN HEALTHCARE - ) | |
| MUNSTER, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING DISMISSAL WITH PREJUDICE

The Court, having considered the Joint Stipulation of Dismissal With Prejudice submitted by the parties, finds that it should be approved.

IT IS THEREFORE ORDERED that this action is dismissed, with prejudice, with the parties to bear their own costs and fees.

Enter:  September 24, 2015            s/William C. Lee
                                      William C. Lee, Judge
                                      United States District Court